### 6627.   WHITTON *v.* THE STATE.

BROYLES, J.   The evidence authorized the verdict; no error of law is complained of; and the court did not err in overruling the motion for a new trial.                              *Judgment affirmed.*

DECIDED OCTOBER 22, 1915.

Indictment for misdemeanor; from Haralson superior court— Judge Bartlett. April 7, 1915.

*Taylor Smith,* for plaintiff in error.

*J. R. Hutcheson, solicitor-general,* contra.